UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
    Plaintiff,
    v.
CHRISTOPHER A. SCHROEBEL
    Defendant.

CASE NO. CR11-391-RSM

DETENTION ORDER

<u>Offense charged</u>: Obtaining Information From a Protected Computer, Access Device Fraud, Aggravated Identity Theft

<u>Date of Detention Hearing</u>: January 23, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was arrested on the current charges in the District of Maryland, making his first appearance on November 21, 2011. He was released to an inpatient substance abuse treatment program in that state, completed the program, and was discharged on December 26, 2011. Defendant was instructed to make his initial appearance in this State, but was arrested again in Maryland on a local warrant.

2. The AUSA provided evidence to Pretrial Services concerning evidence discovered on defendant's computers during a search, indicating a risk of nonappearance and a possible risk of danger to himself and others.

3. Defendant does not contest entry of an order of detention.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

01        with a court proceeding; and

02   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03       for the defendant, to the United States Marshal, and to the United State Pretrial Services

04       Officer.

05       DATED this <u>24th</u> day of January, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge